UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

GRANADOS, et al.,

                Plaintiffs,

        – against –

TRAFFIC BAR AND RESTAURANT, INC.,
et al.

                Defendants.

------------------------------------------------x

13-cv-500 (TPG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/17

      Plaintiffs bring this action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201 et seq., and the New York Labor Law, alleging that defendants Traffic Bar and Restaurant, Inc., Christopher Foley, and Paul Valenti failed to provide plaintiffs compensation at the statutory rate. The court referred this action to Magistrate Judge James C. Francis on July 19, 2016.

      On December 21, 2016, this court received a Report and Recommendation from Magistrate Judge Francis regarding the above-captioned case. Since that time, no objections have been received and the time for any objections has passed.

      The court adopts Magistrate Judge Francis's Report and Recommendation in full. The Clerk of Court is directed to enter judgment in the amount of $34,622.07, plus pre-judgment interest, to be

1

calculated as set forth in the Report and Recommendation.[1] Attorneys' fees and costs of $73,281.97 are also awarded.

The Clerk of Court is directed to close this case.

SO ORDERED

Dated: New York, New York
March 29, 2017

Thomas P. Griesa
U.S. District Judge

---

[1] As to plaintiff Granados: interest at a rate of $1.36 per day running from September 14, 2011 to the date on which Judgment is entered in this action; As to plaintiff Griggs: interest at a rate of $0.39 per day from February 16, 2012 to the date on which Judgment is entered in this action; as to plaintiff Main: interest at a rate of $0.61 per day from November 28, 2011 to the date on which Judgment is entered in this action; as to plaintiff Nienhaus: interest at a rate of $0.80 per day from July 14, 2011 to the date on which Judgment is entered in this action; as to plaintiff Soukas: interest at a rate of $1.04 per day from January 23, 2012 to the date on which Judgment is entered in this action.